

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

PETER R. MARKSTEINER
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

# RESPONSE TO NOTICE OF ORAL ARGUMENT

| | |
|---|---|
| **Case Number** | 18-1617 |
| **Case Name** | WAG Acquisition, LLC v. WebPower, Inc. |
| **Party Arguing on Behalf of** (list all party names for whom you are presenting argument) | WebPower, Inc., FriendFinder Networks Inc., Streamray Inc., WMM, LLC, WMM Holdings, LLC and Multi Media, LLC, Accretive Technology Group, Inc., Duodecad IT Services Luxembourg S.A.R.L., ICF Technology, Inc., Riser Apps LLC and StreamMe, Inc. |
| **Party Type (select one)** | ☐ Appellant<br>☒ Appellee<br>☐ Cross-Appellant<br>☐ Intervenor<br>☐ Amicus |
| **Oral Argument Waiver (if applicable)** | ☐ We waive oral argument. |
| **Argument Time**<br>Please indicate how much argument time each arguing attorney will use below; rebuttal time is only allowed for Appellants/Cross-Appellants. Any desired changes to argument time may be made at check-in on the morning of argument. Changes to arguing attorneys must submit an updated version of this form. All arguing attorneys must be admitted to the Federal Circuit bar, file entries of appearance, and be listed on this form. | |

| **First Arguing Attorney** | Name: Jonathan L. Falkler | | | |
|---|---|---|---|---|
| Phone Number: 202-344-4503 | Argument Time (mins) | 15 | Rebuttal Time (mins) | 0 |
| **Second Arguing Attorney (if any)** | Name: | | | |
| Phone Number: | Argument Time (mins) | | Rebuttal Time (mins) | |
| **Third Arguing Attorney (if any)** | Name: | | | |
| Phone Number: | Argument Time (mins) | | Rebuttal Time (mins) | |
| **Total Time**<br>Panel cases must not exceed 15 minutes;<br>En banc cases must not exceed 30 minutes. | **Argument** | 15 | **Rebuttal** | 0 |

Rev. 10/2018

RESPONSE TO NOTICE OF ORAL ARGUMENT

**Lead Attorney Acknowledgement**

Attorney ___Frank M. Gasparo___ acknowledges that oral argument is scheduled as stated in the Notice of Oral Argument

Date: ___3/5/2019___         Signature: ___/s/ Frank M. Gasparo___

**Filing Instructions and Additional Assistance**

Please submit this form via CM/ECF using the event "Response to Notice of Oral Argument" by the due date and include a certificate of service noting service on opposing counsel. The form must be flattened before filing in CM/ECF by printing it as a PDF and then saving the new file.

If you need assistance, please contact the Court Services team at (202) 275-8035.

**FORM 30. Certificate of Service**                                    **Form 30**
                                                                                                                          **Rev. 03/16**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on March 5, 2019 by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| Frank M. Gasparo | /s/ Frank M. Gasparo |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Venable LLP |
| Address | Rockefeller Center, 1270 Avenue of the Americas, 24th Floor |
| City, State, Zip | New York, New York, 10020 |
| Telephone Number | 212.370.6273 |
| Fax Number | 212.307.5598 |
| E-Mail Address | FMGasparo@venable.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields